IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MINERALS DEVELOPMENT & SUPPLY
COMPANY, INC., KENIN L. EDWARDS
and JAMES R. COTE, JR.,

                Plaintiffs,                Case No. 11-cv-17-wmc

v.

SUPERIOR SILICA SAND, LLC,

                Defendant.

---

### JUDGMENT

---

This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____        _10/3/11_____
Peter Oppeneer, Clerk of Court               Date